SHORT RECORD
NO. 18-2792
FILED 08/17/2018

United States District Court
Northern District of Illinois
Eastern Division

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                        Case No. 17 cr 517

ANDREW JOHNSTON,

Defendant.

**FILED**

AUG 15 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Notice of Appeal

Andrew James Johnston, prose, respectfully appeals this Court's order denying defendants' Fed. R. Civ. P. 59(e) motions to reconsider, Dkt. No. [159], [196], [197]; and defendants' motion for subpoena power/compulsory process Dkt. No. [199].

In support thereof the following is offered:

1. Highly exculpatory and material evidence and witnesses for defendant's alibi/unavailability and insufficiency of the evidence defense(s) are in jeopardy. The district court is clearly and purposefully not ruling on discovery motions requesting identical evidence listed in the subpoenas duces tecum that standby counsel is being blocked and/or instructed not to serve. See Exhibit A, B, and C.

Respectfully Submitted,

Date: 08/08/2018 x _____

Andrew James Johnston, Pro se
71 West Van Buren Street
Chicago, Illinois 60605

2

TRULINCS 22712424 - JOHNSTON, ANDREW J - Unit: CCC-I-A

--------------------------------------------------------------------------------

FROM: 22712424
TO: Johnston, Samantha C; Mcquaid, Matthew J
SUBJECT: Motion For Subpoena Power/Compulsory Process
DATE: 08/04/2018 09:16:15 PM

...

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                          Case No. 17 CR 517

ANDREW JOHNSTON,

Defendant.

MOTION FOR SUBPOENA POWER/COMPULSORY PROCESS

Andrew James Johnston, the Defendant, pro se, respectfully moves the Court for subpoena power and/or compulsory process for obtaining witnesses [and evidence] in his favour. In support thereof, defendant offers the following particulars:

1. Defendant has good reason to believe this Court is privately instructing and/or blocking standby counsel (an officer of the court) from serving subpoenas duces tecum the Court publicly determined were reasonable and relevant on in open court on July 19, 2018. The court has yet to enforce Dkt. No. [95] to date requiring disclosure of properly certified radio chatter to defendant, and has denied Dkt. No. [101] in direct contradiction to Dkt. No. [95], has not ruled on defendant's 'Motion To Compel Disclosure of Certain Evidence', and standby counsel has filled out a Freedom of Information Act request to the Illinois Department of Transportation after being thoroughly directed to serve a subpoena duces tecum by defendant. Standby counsel has been asked numerous times to provide defendant with mail receipts, finalized versions of the subpoenas duces tecum to be served, and the written responses/returns from the subpoenas duces tecum, but none of which has been tendered to defendant to date.
Defendant has no issue with standby counsel, and respects standby counsel very much with observance of standby counsel's integrity. Standby counsel's FOIA request to IDOT with a criminal trial looming inherently shows that standby counsel is doing the best he can, but that something is obstructing standby counsel from serving the subpoenas. It is implausible for the government to obtain such a result from a licensed defense attorney, thus the Court's non-action on the discovery motions pending on the docket is parallel to the Court being the problem with the subpoenas. The United States Senate Committee on the Judiciary has been put on notice of the above stated facts. The Court granted defendant's Motion For Early Return of Trial Subpoenas on May 17, 2018.

2. Rule 17(c) provides:

"A subpoena may also command the person to whom it is directed to produce the books, papers, documents, or other objects designated therein. The court on motion made promptly may quash or modify the subpoena if compliance would be unreasonable or oppressive. The court may direct that books, papers, documents or objects designated in the subpoena be produced before the court at a time prior to the trial or prior to the time when they are to be offered in evidence and may upon their production permit the books, papers, documents or objects or portions thereof to be inspected by the parties and their attorneys."
A subpoena for documents may be quashed if their production would be "unreasonable or oppressive," but not otherwise. The leading case interpreting this standard is Bowman Dairy Co. v. United States, 341 U.S. 214 (1951). In order to require production prior to trial, the moving party must show: (1) that the documents are evidentiary and relevant; (2) that they are not otherwise procurable reasonably in advance of trial by exercise of due diligence; (3) that the party cannot properly prepare for trial without such production and inspection in advance of trial and that the failure to obtain such inspection may tend unreasonably to delay the trial; and (4) that the application is made in good faith and is not intended as a general "fishing expedition". United States v. Iozia, 13 FRD, 335, 338 (SDNY 1952).

TRULINCS 22712424 - JOHNSTON, ANDREW J - Unit: CCC-I-A

----------------------------------------------------------------------------------------

Where defendant has furnished the record with ample notice of the subpoenas being obstructed, the Court granted the defendant's motion for early return of subpoenas; and the Court has determined publicly defendant's subpoenas are reasonable. Defendant seeks the Court grant this motion for the above stated also foregoing reasons. Defendant thanks the Court for its time.

Respectfully Submitted,

TRULINCS 22712424 - JOHNSTON, ANDREW J - Unit: CCC-I-A

----------------------------------------------------------------------------------------------

FROM: 22712424
TO: Johnston, Samantha C; Mcquaid, Matthew J
SUBJECT: Motion For Evidentiary/Suppression Hearings
DATE: 08/03/2018 08:27:27 PM

...

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                                          Case No. 17 CR 517

ANDREW JOHNSTON,

Defendant.

MOTION FOR EVIDENTIARY/SUPPRESSION HEARINGS
PRIOR TO TRIAL PURSUANT TO FED. R. CIV. P. 59(e)

   Andrew James Johnston, the Defendant, pro se, respectfully moves the Court to hold evidentiary and/or suppression hearings on substantive pre-trial motions pursuant to Federal Rule of Civil Procedure 59(e). In support thereof, defendant offers the following particulars:

1. On January 12, 2018, the Court denied defendant's initial Motion To Quash Arrest and Suppress Evidence, Dkt. No. [91], and defendant's Motion To Compel Discovery or Otherwise Dismiss Indictment, Dkt. No. [101], without holding evidentiary hearings on the motions where live witnesses could be examined under oath across the tendered evidence or evidence obtainable via subpoena. The Court denied a hearing on the motions, even though material factual dispute is/was highly evident in the written briefs.

2. On February 14, 2018, Dkt. No. [114] the Court held a status hearing where defendant requested leave to file an Amended Motion To Quash Arrest and Suppress Evidence based on the "HHPD 911 audio" tendered by the government having been revealed to be materially altered in open court on January 12, 2018. Defendant was granted leave to file the amended motion, and did so on March 1, 2018, Dkt. No. [119]. The government was ordered to respond within 14 days, Dkt. No. [120], and did so on March 16, 2018, Dkt. No. [128], however defendant has never been served with a copy of nor reviewed the government's response to the motion to date. After being tendered new dash cam video with audio by the government on March 19, 2018, it was revealed that the arresting officer did not in fact have a license plate number she was looking for when she illegally seized defendant on July 25, 2018. At that time, defendant emailed both the court and the government on March 19, 20, and 21 2018, see Dkt. No. [130], [131]. Despite the above stated, still no suppression hearing was held.

3. On March 5, 2018, defendant filed a Motion To Suppress Identification, Dkt. No. [123], however the Court did not order the government to respond/briefing schedule on the motion, nor any hearing on the motion to date---even though the motion is well-premised in law and fact. The Court then denied the Motion without reason on May 17, 2018, Dkt. No. [153] because the Court was "not prepared" to decide whether the identification procedure was unduly suggestive. Defendant also filed a Motion To Dismiss, Dkt. No. [124], and orally requested evidentiary hearings on the content of that motion several times in open court at status hearings. Lastly, on or about July 22, 2018, defendant filed a Motion For Dismission of Indictment pursuant to the FBI's misleading/intimidation of a critical defense witness. On August 2, 2018, defendant requested a hearing on that motion as well, including a hearing for Dkt. No. [123]. The court denied defendant a hearing, and/or changed the topic.

4. A trial court is required to grant a suppression [or evidentiary] hearing only when a defendant presents facts justifying relief. United States v. Hamm, 786 F.2d 804, 807 (7th Cir. 1986). A defendant who requests a hearing bears the burden of showing that there are disputed issues of material fact. United States v. Randle, 966 F.2d 1209, 1212 (7th Cir. 1992); United States v. Rollins, 862 F.2d 1282, 1291 (7th Cir. 1988)(citing Nechy v. United States, 665 F.2d 775, 776 (7th Cir. 1981)), cert. denied sub nom., Slaughter v. United States, 490 U.S. 1074 (1989). The motions referenced above stated significantly meet their burden and much beyond. Accordingly, a manifest error of law and fact is apparent at this juncture, that is poised to contaminate

TRULINCS 22712424 - JOHNSTON, ANDREW J - Unit: CCC-I-A

------------------------------------------------------------------------------------------------

defendant's trial. Burritt v. Ditlefson, 807 F.3d 239, 253 (7th Cir. 2015). Defendant requests individual evidentiary hearings on Dkt. Nos. [91], [101], [119], [123], [124], and defendant's July 22, 2018 Motion For Dismission.

   Wherefore Defendant seeks the Court grant this motion for the above stated also foregoing reasons in the interests of justice, or otherwise transfer this case to another judicial assignment. Defendant thanks the Court for its time.

Respectfully Submitted,

TRULINCS 22712424 - JOHNSTON, ANDREW J - Unit: CCC-I-A

--------------------------------------------------------------------------------------------------

FROM: 22712424
TO: Johnston, Samantha C; Mcquaid, Matthew J
SUBJECT: Motion To Amend Judgment
DATE: 08/03/2018 09:42:37 AM

...

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                                    Case No. 17 CR 517

ANDREW JOHNSTON,

Defendant.

MOTION TO AMEND JUDGMENT AND/OR RECONSIDER PURSUANT TO FED. R. CIV. P. 59(e)

Andrew James Johnston, the Defendant, pro se respectfully moves the Court to amend its August 2, 2018 judgment rescinding its July 9, 2018 judgment as the August 2, 2018 is a manifest error of law pursuant to Federal Rule of Civil Procedure 59(e). In support thereof, the defendant offers the following particulars:

1. On July 9, 2018 at the jury instructions conference, the Court properly granted a lesser-included-offense-jury-instruction for the latter paragraph of 2113(a). At that time the Court properly observed and applied the controlling Supreme Court precedent on the issue, Prince v. United States, 352 U.S. 322 (1957). The Court quoted Prince on the record in open court on July 9, 2018 very close to as follows: "[i]t was manifestly the purpose of Congress to establish lesser offenses ... and that the gravamen of the [entering] crime is the intent to steal and that this mental element merges into the completed crime if the robbery is consummated." See also, Dkt. No. [186], and Prince, supra, Id. at 328.

2. On August 2, 2018, the Court reversed itself because the Court stated something to the effect that "[the court] thinks someone could enter the bank without the intent to commit a felony, but then realize that it may be a good opportunity to commit a larceny/robbery after entering the bank and that the intent to commit a felony is an extra element the government would have to prove that is not included in the first sentence of Section 2113(a)". A motion to alter or amend a judgment is only proper ... if the movant points to evidence in the record that clearly establishes a manifest error of law or fact. A manifest error occurs when the district court commits a wholesale disregard, misapplication, or failure to recognize controlling precedent." Burritt v. Ditlefson, 807 F.3d 239, 253 (7th Cir. 2015).

3. The manifest error of law is that the Court ruled one way on July 9, 2018 in accordance with the controlling precedent on an issue, and then ruled the opposite way 22 days later without citing any authority for its decision while stating something to the effect that "I find the language in Prince to be ambiguous". Defendant's position is that the language of Prince is crystal clear: "the heart of the entering crime is the intent to steal," and that "this mental element merges into the completed crime if the robbery is consummated" Id. at 328. If that mental element merges in the completed crime, that means the mental element is lesser included to the completed crime of robbery. The allegations in this case are that the suspect did not consummate the completed crime, and that there was "[n]o showing, no threatened, no implied weapon or any violence", which is the prime scenario for why Congress amended Section 2113 in 1937 to include the entering with intent crime.

4. Due process of law requires that convictions cannot be brought about by methods that offend a sense of justice. Rochin v. California, 342 U.S. 165 173 (1952). As applied to a criminal trial, denial of due process is the failure to Observe that fundamental fairness essential to the very concept of justice. Lisenba v. California, 314 U.S. 219, 236 (1941). The Court's manifest error of law by wholesale disregard, misapplication, and failure to recognize Prince, supra, on August 2, 2018 forces defendant to face more harsh elements, and potentially more steep advisory penalties without a basis in law. The Court's theory above stated is not contained in the language of the statute, nor the holding of the Supreme Court.

Wherefore defendant seeks the Court reinstate its July 9, 2018 decision supported by Federal Rule of Criminal Procedure 31

TRULINCS 22712424 - JOHNSTON, ANDREW J - Unit: CCC-I-A

--------------------------------------------------------------------------------

(c); Schmuck v. United States, 489 U.S. 705, 716 (1989); Keeble v. United States, 412 U.S. 205, 208 (1973); and Prince v. United States, 352 U.S. 322 (1957). Defendant thanks the Court for its time.

Respectfully Submitted,

I sent a 'Motion To Recall Mandate' to No. 18-2293 in the 7th Circuit, but it has not been filed to date.

Andrew Johnston

Johnston, Andrew James



Andrew James Johnston
USMS No. 22712-424
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, Illinois 60605

08/15/2018-1

LEGAL
MAIL

Clerk's Office
219 South Dearborn Street
20th Floor
Chicago, Illinois 60604

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Date: 08-09-2018

RECEIVED 2018 AUG 15 AM 10: 32

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.                                                          Case No.: 1:17−cr−00517
                                                            Honorable Michael T. Mason

Andrew Johnston

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 7, 2017:

      MINUTE entry before the Honorable Michael T. Mason:Detention hearing as to
Andrew Johnston held on 8/7/17. For the reasons stated in open court, the Court finds that
defendant is a danger to the community. Detention order to follow. Defendant shall
remain in custody until further order of the Court. Mailed notice. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA    )
    )
v.    )    No. 17 CR 517
    )    Hon. Michael T. Mason
ANDREW JOHNSTON    )

## ORDER OF DETENTION

THIS CAUSE coming to be heard upon the government's motion to detain the defendant, pursuant to 18 U.S.C. § 3142, and this Court having heard argument on this matter, the Court hereby finds:

1.    Defendant has been charged in a one count complaint alleging that he attempted to rob a bank in violation of 18 U.S.C. § 2113(a).

2.    After argument on this matter, the Court finds that the statutory factors enumerated in 18 U.S.C. § 3142(g) favor detention of the defendant:

    a) As to the character of the defendant, the Court takes judicial notice of the criminal history set forth in the report prepared by pre-trial services. That report indicates that the defendant has two prior convictions for bank robbery in the Northern District of Illinois. The Court further finds that this case presents a risk of the defendant in society.

3.    Based upon the aforementioned factors, the evidence presented before this Court clearly and convincingly establishes that the defendant poses a danger to the community.

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 3142(e), that defendant ANDREW JOHNSTON remain in custody until the resolution of this case.

IT IS FURTHER ORDERED that defendant shall be afforded reasonable opportunity for private consultation with his counsel.

IT IS FURTHER ORDERED that upon order of the United States District Court or on request of an attorney of the government, the Warden shall deliver defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

ENTER:

MICHAEL T. MASON
United States Magistrate Judge

DATE: August 7, 2017

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **United States of America,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No.  17 CR 517-1** |
| | ) | |
| **Andrew Johnston,** | ) | **Judge Rebecca R. Pallmeyer** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Motion hearing held on 8/21/2017.  Defendant's emergency notice of appeal is denied. The Magistrate Judge's decision to detain Mr. Johnston pending trial is adequately supported by his substantial criminal record, a positive drug test, and the weight of evidence of a serious offense committed soon after Mr. Johnston's release from custody.  Mr. Hill's motion for leave to withdraw as attorney [25] is entered and continued to be heard before Magistrate Judge Mason. The case is remanded to Magistrate Judge Mason.

ENTER:

_____

Dated: August 21, 2017

_____
REBECCA R. PALLMEYER
United States District Judge

(T:00:18)

**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

USA

Plaintiff

v.

Andrew Johnston

Defendant

Case No.  17 CR 517
Judge  Michael T. Mason

## ORDER

Motion hearing held on 8/24/17. The Court has been informed that this case has been indicted. Accordingly, defendant's motion for a preliminary examination hearing [11] is denied as moot. The Court makes no finding on defendant's request to reduce the CJA appointment of counsel to stand by counsel [11]. Defendant's petition to terminate CJA appointed counsel and proceed pro se or with stand by counsel, for dismissal of criminal complaint and preliminary examination hearing [17] is granted in part and denied in part. Defendant's motion for pretrial release [18] is denied without prejudice. Attorney Anthony W. Hill's motion to withdraw as appointed counsel [25] is granted.

(00:15)

Date:  8/24/2017

_____
Michael T. Mason
United States Magistrate Judge

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **United States of America,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No.   17 CR 517-1** |
| | ) | |
| **Andrew Johnston,** | ) | **Judge Rebecca R. Pallmeyer** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Arraignment held on 8/25//2017.   Defendant informed of his rights.   Defendant waives his right to an attorney, but the court will appoint counsel through the Federal Defender Program to act as stand by counsel.   Defendant enters plea of not guilty to Count 1. 16.1 conference to be held by or on 9/1/2017. Discovery materials to be provided to the defendant.   Pretrial motions to be filed by or on 9/15/2017.   Status 9/20/2017 at 9:30 AM.   Defendant to remain in custody pending further proceedings.   Excludable time to begin pursuant to 18:3161(h)(1)(D).      (X-E)

ENTER:

_____
REBECCA R. PALLMEYER
United States District Judge

Dated:  August 25, 2017

(T:00:18)

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

UNITED STATES OF AMERICA

                             Plaintiff,

v.                                      Case No.: 1:17−cr−00517
                                      Honorable Rebecca R. Pallmeyer

Andrew Johnston

                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 10, 2017:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Andrew Johnston : Successive petition to dismiss the indictment [63] is denied without prejudice. The government is expected to prove, at trial, that at the time of the charged robbery, the bank's assets were insured by the Federal Deposit Insurance Corporation. Should the government fail to offer evidence sufficient for a jury finding on this issue, the court will dismiss the indictment. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
### Eastern Division

UNITED STATES OF AMERICA

                               Plaintiff,

v.                                      Case No.: 1:17−cr−00517
                                      Honorable Rebecca R. Pallmeyer

Andrew Johnston

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 12, 2018:

       MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Andrew Johnston: Status hearing and motion hearing held on 1/12/2018. As the 911 caller's identification of Defendant's license plate is sufficient to establish probable cause, motion to quash arrest and suppress evidence [91] is denied. Defendant's motion to compel discovery or otherwise dismiss the indictment [101] is denied, as the government has produced or will produce all available discovery. Status hearing set for 1/26/2018 at 10:00 AM. In the interest of justice, and for continued discovery, order excludable time to start pursuant to 18:3161(h)(7)(A)(B). Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 17 CR 517 |
| | ) | |
| ANDREW JOHNSTON | ) | Judge Rebecca R. Pallmeyer |

## ORDER

Defendant Johnston's motions [196, 197, 198, 199] are denied for the reasons stated here, but the government is directed to furnish him promptly with a copy [128] of its response to his amended motion to quash. The August 9, 2018 date set for hearing on these motions is stricken.

## STATEMENT

As more fully described in a May 17, 2018 order [153], Defendant Andrew Johnston was arrested on July 25, 2017, and has been charged with attempting to rob the Byline Bank in Harwood Heights, Illinois. Mr. Johnston is proceeding *pro se* and has filed four motions.

**Motion to Amend Judgment**

The first is a "motion to amend judgment and or reconsider." No judgment has been entered in this case, but Mr. Johnston interprets comments the court made at a July 9, 2018 conference as a ruling on his request for a jury instruction on the requirements for conviction under the second paragraph of 18 U.S.C. § 2113(a), which Mr. Johnson believes he is entitled to because it is a "lesser included offense" to the first paragraph. At the scheduled instructions conference on August 2, however, the court concluded that the second paragraph of 18 U.S.C. § 2113(a) is not a "lesser included" offense to the first paragraph, and therefore sustained the government's objection to the instruction without prejudice.

The court stands by that conclusion. One offense is not "necessarily included" in another unless the elements of the lesser offense are a subset of the elements of the charged offense. *Schmuck v. United States*, 489 U.S. 705, 716 (1989). Defendant Johnston has been charged with violating the first paragraph of 18 U.S.C. § 2113(a), which prohibits the act of taking or attempting to take property or money from a bank "by force and violence, or by intimidation." In a second paragraph, § 2113(a) prohibits entering or attempting to enter a bank "with intent to commit" a felony or larceny. As the Seventh Circuit explained in *United States v. Loniello*, 610 F.3d 488, 491 (7th Cir. 2010): "Paragraph 1 [of § 2113(a)] requires proof of force or intimidation, while ¶ 2 does not. Paragraph 2 requires proof of an actual or attempted entry of a bank, while ¶ 1 does not." Accordingly, after the defendants in *Loniello* were acquitted of violating paragraph 1 (because they did not use force or intimidation in attempting to rob a bank), the prosecutor did not violate the double-jeopardy clause by charging them with violating paragraph 2.[1]

---

[1] The court specifically pointed out that defendants had not argued that § 2113(a) ¶ 2 is a lesser included offense of § 2113(a) ¶ 1. Id. at 492. If the second paragraph of § 2113 were a lesser included offense of the first paragraph, then a second prosecution of these defendants would indeed have been a double-jeopardy violation. Id. at 491. ("If one statute creates a lesser included offense of another, then the double jeopardy clause limits to one the number of

Defendant Johnston's insistence that he is entitled to a lesser-included-offense instruction in this case makes little sense; a conviction for violating paragraph 2 carries a twenty-year sentence, the same penalty for violating paragraph 1. A defendant convicted of both offenses can be sentenced to no more than one twenty-year term, *Prince v. United States*, 352 U.S. 322 (1957), but they are different offenses. If, as Johnston believes, the government cannot prove that he engaged in "force and violence," or "intimidation," then the government will have failed to prove an essential element of the crime charged, and he will be entitled to acquittal. *See United States v. Thornton,* 539 F.3d 741 (7th Cir. 2008) ("the first paragraph of § 2113(a) requires actual intimidation for a conviction," so the district court's failure to instruct the jury that it must find intimidation requires that defendant's conviction be vacated).

Johnston is not entitled to a lesser-included-offense instruction. This court's ruling on the matter is not a "judgment," nor is the court's purported change of course on this issue a "manifest error of law." The motion [196] is denied.

## Motion for Evidentiary Hearing

Mr. Johnston's second motion [197] seeks an evidentiary hearing on his motion to quash his arrest. Mr. Johnston believes that an audio recording related to his arrest was "revealed to be materially altered," and that a video recording tendered by the government in March 2018 "revealed that the arresting officer did not in fact have a license plate number she was looking for when she illegally seized defendant on July 25, 2018 [sic]." As the court understands the record, the government was required to make some efforts to enhance the quality of the recording, but it was not "materially altered." The arresting officer may not have repeated the license plate number dispatched to her, but this does not mean that she "did not have" such information when she apprehended Mr. Johnston. If the court is mistaken, or if there are disputes of fact about these matters warranting a hearing, either side is encouraged to point them out. The motion for an evidentiary hearing [197] is denied without prejudice. As Mr. Johnston reportedly did not receive a copy of the government's response to his amended motion to quash, the government is directed to provide him promptly with a copy of that filing [128].

## Motion for Sanctions

Mr. Johnston's third motion [198] seeks sanctions against AUSA Tiffany Ardam. Mr. Johnston cites Federal Rule of Civil Procedure 11 in support of this motion, but this proceeding is governed by the Federal Rules of *Criminal* Procedure. In any event, Ms. Ardam's statement that Mr. Johnston's assertions are "baseless" and defeated by "cases and cases" is not sanctionable conduct on this record. Ms. Ardam has not argued that *Prince v. United States*, 352 U.S. 322 (1957) is not controlling law; she instead asserts that the holding in that case does not dictate that a "lesser included offense" instruction is appropriate in this one. Her arguments would not be sanctionable even if the court were to rule in favor of Mr. Johnston on the instruction issue—which it has not. The motion for sanctions [198] is denied.

## Motion for Subpoena Power/Compulsory Process

Mr. Johnston's fourth motion [199] is labelled a "Motion for Subpoena Power/Compulsory Process." As best the court understands this motion, Mr. Johnston believes that "this Court is privately instructing and/or blocking standby counsel . . . from serving subpoenas duces tecum

permissible prosecutions.")

2

. . . ." Mr. Johnston offers no support for this assertion, and it truly is baseless. The court has no interest in interfering with any subpoenas. A subpoena functions as a court order, and the court expects that all court orders will be honored conscientiously and promptly. The motion [199] is denied.

ENTER:

Dated:     August 7, 2018     _____
REBECCA R. PALLMEYER
United States District Judge

3

APPEAL,MASON,TERMED

# United States District Court
## Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2 (Chicago)
### CRIMINAL DOCKET FOR CASE #: 1:17−cr−00517 All Defendants

Case title: USA v. Johnston

Other court case numbers:  17−3133
18−2293

Date Filed: 08/23/2017

Assigned to: Honorable Rebecca R. Pallmeyer

Appeals court case numbers: 17−2670 USCA− 7th Circuit, 17−2754 7th circuit, 17−2779 7th circuit, 17−2790 7th circuit, 17−3169 7th circuit, 18−1174 7th Circuit

**Defendant (1)**

**Andrew Johnston**

represented by **Andrew Johnston**
22712−424
MCC
71 West Van Buren
Chicago, IL 60605
PRO SE

**Anthony William Hill**
Law Offices of Anthony W. Hill
53 West Jackson Boulevard
Suite 618
Chicago, IL 60604
312−882−8004
Email: ahill@crimlawchicago.com
*TERMINATED: 08/24/2017*
*Designation: CJA Appointment*

**Matthew John McQuaid**
53 West Jackson
Suite 1062
Chicago, IL 60604
(312) 588−1282
Email: mcquaidmat@aol.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

BANK ROBBERY BY FORCE OR VIOLENCE
(1)

**Disposition**

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Disposition**

## Highest Offense Level
## (Terminated)

None

## Complaints                                          Disposition

18:2113A.F Bank robbery by
force or violence.

## Plaintiff

**USA**                     represented by   **Aaron Richard Bond**
United States Attorney's Office
219 South Dearborn
5th Floor
Chicago, IL 60604
312−469−6047
Email: aaron.bond@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**AUSA − Chicago**
United States Attorney's Office (NDIL −
Chicago)
219 South Dearborn Street
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Pretrial Services**
.
(312) 435−5793
Email: ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Pretrial Services*

**Tiffany Ardam**
United States Attorney"s Office
219 South Dearborn St
Room 500
Chicago, IL 60604
(312) 353−0951
Email: tiffany.ardam@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/25/2017 | | ARREST of defendant Andrew Johnston (las, ) (Entered: 07/27/2017) |
| 07/26/2017 | 1 | COMPLAINT signed by Honorable Michael T. Mason as to defendant Andrew Johnston (las, ) (Entered: 07/27/2017) |
| 07/26/2017 | | ORAL motion by USA for pretrial detention as to Andrew Johnston. (las, ) (Entered: 07/27/2017) |
| 07/26/2017 | 2 | ORDER as to Andrew Johnston: Initial appearance proceedings held. Defendant appears in response to arrest on 7/25/17. Defendant informed of his rights. Attorney Anthony Hill of the Federal Defender Panel is appointed as counsel for defendant. Defendant informed of the charges against him and of the possible sentence/fine if convicted of those charges. The Government's oral motion for pretrial detention is entered and continued. Detention hearing set for 8/7/17 at l0:30 a.m. in courtroom |

| | | |
|---|---|---|
| | | 2266. Defendant waives his right to a preliminary examination hearing. The Court enters a finding of probable cause and orders defendant bound to the District Court for further proceedings. Defendant shall remain in custody pending further order of the Court. Signed by the Honorable Michael T. Mason on 7/26/17. Mailed notice (las, ) (Entered: 07/27/2017) |
| 07/26/2017 | 3 | ORDER as to Andrew Johnston: Defendant, Andrew Johnston appeared before Magistrate Judge Mason on 7/26/17. Defendant, Andrew Johnston is ordered remanded into federal custody until further order of the Court. Signed by the Honorable Michael T. Mason on 7/26/17. Mailed notice (las, ) (Entered: 07/27/2017) |
| 07/26/2017 | 4 | CJA ORDER Appointing Counsel Anthony William Hill for Andrew Johnston Under the Criminal Justice Act. Signed by the Honorable Michael T. Mason on 7/26/17. Mailed notice (las, ) (Entered: 07/27/2017) |
| 07/26/2017 | 5 | ATTORNEY Appearance for defendant Andrew Johnston by Anthony William Hill (las, ) (Entered: 07/27/2017) |
| 07/26/2017 | 6 | FINANCIAL Affidavit filed by Andrew Johnston (SEALED) (las, ) (Entered: 07/27/2017) |
| 07/31/2017 | 7 | PRETRIAL Bail Report as to Andrew Johnston (SEALED) (May, Patrick) (Entered: 07/31/2017) |
| 08/01/2017 | 8 | ATTORNEY Designation for USA of Aaron Richard Bond (Bond, Aaron) (Entered: 08/01/2017) |
| 08/04/2017 | 11 | MOTION by Andrew Johnston for preliminary hearing, and reduction of CJA appointed counsel's capacity to stand by counsel. (Envelope not postmarked, institution mail room 8/1/2017) (las, ) (Entered: 08/09/2017) |
| 08/04/2017 | 12 | PETITION filed by Andrew Johnston for pretrial release under the eighth amendment and specific defendant characteristics (Envelope not postmarked, institution mail room 8/1/17) (las, ) (Entered: 08/09/2017) |
| 08/07/2017 | 9 | MINUTE entry before the Honorable Michael T. Mason:Detention hearing as to Andrew Johnston held on 8/7/17. For the reasons stated in open court, the Court finds that defendant is a danger to the community. Detention order to follow. Defendant shall remain in custody until further order of the Court. Mailed notice. (rbf, ) (Entered: 08/07/2017) |
| 08/07/2017 | 10 | ORDER of Detention as to Andrew Johnston Signed by the Honorable Michael T. Mason on 8/7/17. Mailed notice (las, ) (Entered: 08/08/2017) |
| 08/07/2017 | 13 | NOTICE of Supplemental Authority and Exhibit as to Andrew Johnston(Exhibit) (Envelope postmarked illegible) (las, ) (Entered: 08/10/2017) |
| 08/07/2017 | 14 | ADDENDUM to Notice of Supplemental Authority and Exhibit B Proving Property Interest as to Andrew Johnston (Exhibit) (Postmarked envelope 8/4/17) 13 (las, ) (Entered: 08/10/2017) |
| 08/07/2017 | 15 | PETITION filed by Andrew Johnston to Dismiss Criminal Complaint and Discharge Defendant Pursuant to Fed.R. Crim.P. 5.1 (f). (Envelope postmarked 8/4/17). (las, ) (Entered: 08/10/2017) |
| 08/14/2017 | 16 | NOTICE of Motion by Anthony William Hill for presentment of motion for hearing, motion for miscellaneous relief 11 before Honorable Michael T. Mason on 8/17/2017 at 10:15 AM. (Hill, Anthony) (Entered: 08/14/2017) |
| 08/14/2017 | 17 | PETITION to terminate CJA appointed counsel; proceed pro se with or without standby counsel; and petition for dismissal of criminal complaint and preliminary hearing within business 7 days. (Exhibits) (ek, ) (Entered: 08/15/2017) |
| 08/14/2017 | 18 | MOTION by Andrew Johnston for pretrial release herein to consider. (ek, ) (Entered: 08/15/2017) |
| 08/14/2017 | 19 | EMERGENCY NOTICE OF APPEAL by Andrew Johnston regarding order 10 , detention hearing, 9 (ek, )(Envelope not postmarked) Modified on 8/15/2017 (ek, ). (Entered: 08/15/2017) |

| 08/15/2017 | 20 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 19 (ek, ) (Entered: 08/15/2017) |
|---|---|---|
| 08/15/2017 | 21 | Transmission of short record as to Andrew Johnston to US Court of Appeals re notice of appeal 19 (ek, ) (Entered: 08/15/2017) |
| 08/15/2017 | 22 | NOTICE of docketing record on appeal from USCA as to Andrew Johnston re notice of appeal 19 . USCA Case Number 17−2670. (meg, ) (Entered: 08/16/2017) |
| 08/16/2017 | 23 | MINUTE entry before the Honorable Michael T. Mason:The Court is in receipt of defendant's motions [11, 17, 18] and notice of motion 16 . Defendant, Andrew Johnston (1) has filed an emergency notice of appeal 19 ; therefore, this Court does not have jurisdiction over this matter. The 8/17/17 notice of motion date is stricken; no appearance is necessary on that date. Mailed notice. (rbf, ) (Entered: 08/16/2017) |
| 08/16/2017 | 24 | MANDATE of USCA dated 8/16/17 as to Andrew Johnston regarding notice of appeal 19 ; No record to be returned. This appeal is administratively closed as erroneously opened. This case is returned to the district court as the emergency notice of appeal indicates that the defendant is appealing to a district judge from the magistrate judge's August 7, 2017 decision. Mailed notice. (las, ) Text Modified on 8/17/2017 (las, ). (Entered: 08/17/2017) |
| 08/17/2017 |  | CASE ASSIGNED as to Andrew Johnston to the Honorable Rebecca R. Pallmeyer. Designated as Magistrate Judge the Honorable Michael T. Mason. (jn, ) (Entered: 08/17/2017) |
| 08/17/2017 | 25 | MOTION to withdraw as attorney as to Andrew Johnston *by* Anthony W. Hill (Hill, Anthony) (Entered: 08/17/2017) |
| 08/17/2017 | 26 | NOTICE of Motion by Anthony William Hill for presentment of motion to withdraw as attorney 25 before Honorable Rebecca R. Pallmeyer on 8/21/2017 at 09:00 AM. (Hill, Anthony) (Entered: 08/17/2017) |
| 08/17/2017 | 29 | ADDENDUM of Understanding as to Andrew Johnston (Envelope postmarked 8/15/17) (las, ) (Entered: 08/21/2017) |
| 08/17/2017 | 30 | ADDENDUM of understanding as to Andrew Johnston (Exhibits)(Envelope postmarked 8/15/17). (las, ) (Entered: 08/22/2017) |
| 08/21/2017 | 27 | NOTICE of Motion by Anthony William Hill for presentment of motion for hearing, motion for miscellaneous relief 11 , motion for miscellaneous relief, motion to dismiss 17 , motion to withdraw as attorney 25 before Honorable Michael T. Mason on 8/24/2017 at 10:15 AM. (Hill, Anthony) (Entered: 08/21/2017) |
| 08/21/2017 | 28 | ORDER as to Andrew Johnston: Motion hearing held on 8/21/2017. Defendant's emergency notice of appeal is denied. The Magistrate Judge's decision to detain Mr. Johnston pending trial is adequately supported by his substantial criminal record, a positive drug test, and the weight of evidence of a serious offense committed soon after Mr. Johnstons release from custody. Mr. Hill's motion for leave to withdraw as attorney 25 is entered and continued to be heard before Magistrate Judge Mason. The case is remanded to Magistrate Judge Mason. Signed by the Honorable Rebecca R. Pallmeyer on 8/21/17. Mailed notice (las, ) (Entered: 08/21/2017) |
| 08/22/2017 |  | CASE ASSIGNED as to Andrew Johnston to the Honorable Michael T. Mason. (td, ) (Entered: 08/22/2017) |
| 08/23/2017 | 31 | INDICTMENT as to Andrew Johnston (1) count(s) 1 (las, ) (Entered: 08/24/2017) |
| 08/23/2017 | 33 | DESIGNATION Sheet: FELONY (Category 2). (las, ) (Entered: 08/24/2017) |
| 08/23/2017 | 34 | MINUTE entry before the Honorable Jeffrey T. Gilbert as to Andrew Johnston: No bond set. Detained by magistrate judge. (las, ) (Entered: 08/24/2017) |
| 08/24/2017 | 35 | NOTICE of Arraignment as to Andrew Johnston before Honorable Rebecca R. Pallmeyer on 8/25/2017 at 09:30 AM. (las, ) (Entered: 08/24/2017) |
| 08/24/2017 | 36 | ORDER as to Andrew Johnston (1):Motion hearing held on 8/24/17. The Court has been informed that this case has been indicted. Accordingly, defendant's motion for a preliminary examination hearing 11 is denied as moot. The Court makes no finding on defendant's request to reduce the CJA appointment of counsel to stand by counsel 11 . |

| | | |
|---|---|---|
| | | Defendant's petition to terminate CJA appointed counsel and proceed pro se or with stand by counsel, for dismissal of criminal complaint and preliminary examination hearing 17 is granted in part and denied in part. Defendant's motion for pretrial release 18 is denied without prejudice. Attorney Anthony W. Hill's motion to withdraw as appointed counsel 25 is granted. Signed by the Honorable Michael T. Mason on 8/24/17.Mailed notice (las, ) (Entered: 08/25/2017) |
| 08/25/2017 | 37 | ORDER as to Andrew Johnston (1): Arraignment held on 8/25//2017. Defendant informed of his rights. Defendant waives his right to an attorney, but the court will appoint counsel through the Federal Defender Program to act as stand by counsel. Defendant enters plea of not guilty to Count 1. 16.1 conference to be held by or on 9/1/2017. Discovery materials to be provided to the defendant. Pretrial motions to be filed by or on 9/15/2017. Status 9/20/2017 at 9:30 AM. Defendant to remain in custody pending further proceedings. Excludable time to begin pursuant to 18:3161(h)(1)(D). Signed by the Honorable Rebecca R. Pallmeyer on 8/25/17. Mailed notice (las, ) (Entered: 08/25/2017) |
| 08/25/2017 | | FORWARDED copy of order 37 to the mailbox of the Federal Defender Program on 20 as to Andrew Johnston. (las, ) (Entered: 08/25/2017) |
| 08/25/2017 | 38 | ORDER of USCA (certified copy) dated 8/25/17 as to Andrew Johnston. It is ordered that the motion to reinstate this appeal is denied. The clerk of this court shall transmit the tendered notice of appeal and docketing statement to the district court. Once the documents are filed in the district court, the court will send the short record on appeal to this court and a new appeal will be opened. For further details see order. Mailed notice. (las, ) (Entered: 08/25/2017) |
| 08/25/2017 | 39 | NOTICE OF APPEAL by Andrew Johnston regarding order on motion to withdraw as attorney,, motion hearing, 28 (ek, ) (Entered: 08/25/2017) |
| 08/25/2017 | 40 | DOCKETING statement by Andrew Johnston regarding notice of appeal 39 (ek, ) (Entered: 08/25/2017) |
| 08/25/2017 | 41 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 39 (ek, ) (Entered: 08/25/2017) |
| 08/25/2017 | 42 | Transmission of short record as to Andrew Johnston to US Court of Appeals re notice of appeal 39 (ek, ) (Entered: 08/25/2017) |
| 08/28/2017 | 43 | NOTICE of docketing record on appeal from USCA as to Andrew Johnston re notice of appeal 39 . USCA Case Number 17−2754 (las, ) (Entered: 08/29/2017) |
| 08/28/2017 | 52 | NOTICE of Speedy Trial Act Violation as to Andrew Johnston (Envelope postmarked 8/25/17) (las, ) (Entered: 08/31/2017) |
| 08/29/2017 | 44 | MOTION by Andrew Johnston to consolidate. (Envelope postmark 8/25/2017) (ek, ) (Entered: 08/29/2017) |
| 08/29/2017 | 45 | NOTICE OF APPEAL by Andrew Johnston regarding order on motion for hearing, order on motion for miscellaneous relief, order on motion to dismiss, order on motion to withdraw as attorney, motion hearing, 36 (Envelope postmark 8/25/2017) (ek, ) (Entered: 08/29/2017) |
| 08/29/2017 | 46 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 45 (ek, ) (Entered: 08/29/2017) |
| 08/29/2017 | 47 | Transmission of short record as to Andrew Johnston to US Court of Appeals re notice of appeal 45 (ek, ) (Entered: 08/29/2017) |
| 08/30/2017 | 48 | NOTICE of docketing record on appeal from USCA as to Andrew Johnston re notice of appeal 45 . USCA Case Number 17−2779 (las, ) (Entered: 08/30/2017) |
| 08/30/2017 | 49 | NOTICE OF APPEAL by Andrew Johnston regarding order on motion for hearing, order on motion for miscellaneous relief, order on motion to dismiss, order on motion to withdraw as attorney, motion hearing, 36 (Envelope not postmark) (ek, ) (Entered: 08/30/2017) |
| 08/30/2017 | 50 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 49 (ek, ) (Entered: 08/30/2017) |

| 08/30/2017 | 51 | Transmission of short record as to Andrew Johnston to US Court of Appeals re notice of appeal 49 (ek, ) (Entered: 08/30/2017) |
|---|---|---|
| 08/31/2017 | 53 | NOTICE of docketing record on appeal from USCA as to Andrew Johnston re notice of appeal 49 . USCA Case Number 17−2790 (las, ) (Entered: 08/31/2017) |
| 08/31/2017 | 54 | OBJECTION by Andrew Johnston to grand jury and petition to dismiss indictment 31 pursuant to substantive due process deprivations thereof (Envelope postmarked 8/29/17). (ym, ) (Docket Text Modified on 9/8/2017 by Clerk's Office.) (ym, ). (Entered: 09/05/2017) |
| 09/01/2017 | 55 | NOTICE OF APPEAL by Andrew Johnston regarding order on motion to withdraw as attorney,, motion hearing, 28 , order on motion for miscellaneous relief, arraignment, set/reset deadlines/hearings, speedy trial − excludable start, 37 , detention hearing, 9 , order on motion for hearing, order on motion for miscellaneous relief,, order on motion to dismiss,, order on motion to withdraw as attorney, motion hearing, 36 (Envelope not postmarked) (ek, ) Modified on 9/5/2017 (ek, ). (Entered: 09/05/2017) |
| 09/05/2017 | 56 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal, 55 (ek, ) (Entered: 09/05/2017) |
| 09/05/2017 | 57 | Transmission of short record as to Andrew Johnston to US Court of Appeals re notice of appeal, 55 (ek, ) (Entered: 09/05/2017) |
| 09/08/2017 | 58 | NOTICE of supplemental authority as to Andrew Johnston (Envelope not postmarked) (las, ) (Entered: 09/12/2017) |
| 09/18/2017 | 59 | MANDATE of USCA dated 9/18/17 as to Andrew Johnston ; No record to be returned. (las, ) (Entered: 09/19/2017) |
| 09/18/2017 | 60 | CERTIFIED COPY OF JUDGMENT of USCA dated 9/18/17 as to Andrew Johnston regarding notice of appeal, 55 . It is ordered that this appeal is dismissed pursuant to Federal Rule of Appellate Procedure 42(b). Mailed notice. (las, ) (Entered: 09/19/2017) |
| 09/20/2017 | 61 | ORDER as to Andrew Johnston: Status hearing held on 9/20/2017. The court again directs that counsel be appointed through the Federal Defender Program to act as stand by counsel for Defendant. Status hearing set for 10/19/2017 at 9:30 AM. In the interest of justice, and review of discovery, order excludable time to start pursuant to 18:3161(h)(7)(A)(B). Signed by the Honorable Rebecca R. Pallmeyer on 9/20/17. Mailed notice (las, ) (Entered: 09/21/2017) |
| 09/21/2017 |  | FORWARDED copy of order 61 to the Federal Defender Program mailbox on the 20th floor as to Andrew Johnston. (las, ) (Entered: 09/21/2017) |
| 09/26/2017 | 62 | PETITION filed by Andrew Johnston to suppress identification (Envelope postmarked 9/22/17) (las, ) (Entered: 09/29/2017) |
| 09/29/2017 | 63 | SUCCESSIVE PETITION by Andrew Johnston to dismiss indictment; or in the alternative order subpoena and disclosure. (Envelope postmark 9/26/17). (smm) (Entered: 10/03/2017) |
| 09/29/2017 | 64 | NOTICE of supplemental authority by Andrew Johnston. (Envelope postmark 9/26/17). (smm) (Entered: 10/03/2017) |
| 10/05/2017 | 65 | NOTICE of Supplemental Authority to successive petition to dismiss as to Andrew Johnston. (Postmark illegible). (smm) (Entered: 10/06/2017) |
| 10/10/2017 | 66 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Andrew Johnston : Successive petition to dismiss the indictment 63 is denied without prejudice. The government is expected to prove, at trial, that at the time of the charged robbery, the bank's assets were insured by the Federal Deposit Insurance Corporation. Should the government fail to offer evidence sufficient for a jury finding on this issue, the court will dismiss the indictment. Mailed notice. (etv, ) (Entered: 10/10/2017) |
| 10/12/2017 | 67 | ORDER of USCA (certified copy) dated 9/20/17 as to Andrew Johnston regarding notice of appeal 39 . (smm) (Entered: 10/12/2017) |

| 10/12/2017 | 68 | MANDATE of USCA dated 10/12/17 as to Andrew Johnston ; No record to be returned. (smm) (Entered: 10/12/2017) |
|---|---|---|
| 10/16/2017 | 69 | NOTICE OF APPEAL by Andrew Johnston regarding order on motion to dismiss,,, 66 (Envelope postmarked 10/11/2017) (ek, ) (Entered: 10/16/2017) |
| 10/16/2017 | 70 | DOCKETING statement by Andrew Johnston regarding notice of appeal 69 and Jurisdictional Memorandum. (Document modified by Clerks Office to include case number) (ek, ) Modified on 10/19/2017 (ek, ). (Entered: 10/16/2017) |
| 10/16/2017 | 71 | AFFIDAVIT pursuant to 28 USCS 144 filed by Andrew Johnston (ek, ) (Entered: 10/16/2017) |
| 10/16/2017 | 72 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 69 (ek, ) (Entered: 10/16/2017) |
| 10/16/2017 | 73 | Transmission of short record as to Andrew Johnston to US Court of Appeals re notice of appeal 69 (ek, ) (Entered: 10/16/2017) |
| 10/17/2017 | 74 | USCA RECEIVED on 10/16/17 the short record as to Andrew Johnston (cc, ) (Entered: 10/18/2017) |
| 10/19/2017 |  | ORAL MOTION by Andrew Johnston to Withdraw Affidavit 71 . (lf, ) (Entered: 10/20/2017) |
| 10/19/2017 | 78 | ORDER as to Andrew Johnston: Status hearing held on 10/19/2017. Attorney Matthew J. McQuaid is appointed as standby counsel for Defendant Johnston. Defendant's oral motion to withdraw his affidavit 71 is granted. Status hearing set for 11/15/2017 at 10:00 AM. In the interest of justice, and for review of discovery, order excludable time to start pursuant to 18:3161(h)(7)(A)(B). Signed by the Honorable Rebecca R. Pallmeyer on 10/19/2017. Mailed notice (lf, ) (Entered: 10/20/2017) |
| 10/19/2017 | 79 | CJA ORDER Appointing Counsel Under the Criminal Justice Act., as to Andrew Johnston. Signed by the Honorable Rebecca R. Pallmeyer on 10/19/2017. Mailed notice (lf, ) (Entered: 10/20/2017) |
| 10/19/2017 | 80 | ATTORNEY Appearance for defendant Andrew Johnston by Matthew John McQuaid (lf, ) (Entered: 10/20/2017) |
| 10/20/2017 | 75 | NOTICE OF APPEAL by Andrew Johnston regarding order on motion to dismiss,,, 66 (Envelope postmarked 10/17/2017; institution mail room 10/17/2017) (ek, ) (Entered: 10/20/2017) |
| 10/20/2017 | 76 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal 75 (ek, ) (Entered: 10/20/2017) |
| 10/20/2017 | 77 | Transmission of short record as to Andrew Johnston to US Court of Appeals re notice of appeal 75 (ek, ) (Entered: 10/20/2017) |
| 10/20/2017 | 83 | MOTION by Andrew Johnston for Subpoena of Material Evidence (mma, ) (Entered: 10/24/2017) |
| 10/23/2017 | 81 | NOTICE of docketing record on appeal from USCA as to Andrew Johnston re notice of appeal 75 . USCA Case Number 17−3169 (las, ) (Entered: 10/23/2017) |
| 10/23/2017 | 82 | E−MAIL Correspondence by Andrew Johnston. (gcy, ) (Entered: 10/24/2017) |
| 10/24/2017 | 84 | MOTION by Andrew Johnston to Dismiss Indictment (mma, ) (Entered: 10/27/2017) |
| 11/01/2017 | 85 | MANDATE of USCA dated 11/1/17 as to Andrew Johnston regarding notice of appeal, 45 ; No record to be returned. (las, ) (Entered: 11/01/2017) |
| 11/01/2017 | 86 | CERTIFIED COPY OF OPINION from the USCA for the as to Andrew Johnston. It is ordered that the appeal is dismissed for lack of jurisdiction. For further details see order. Mailed notice. (las, ) (Entered: 11/01/2017) |
| 11/07/2017 | 87 | MANDATE of USCA dated 11/7/17 as to Andrew Johnston ; No record to be returned. (las, ) (Entered: 11/07/2017) |
| 11/07/2017 | 88 | CERTIFIED COPY OF JUDGMENT of USCA dated 11/7/17 as to Andrew Johnston regarding notice of appeal 75 . It is ordered that this case is dismissed, pursuant to |

| | | Federal Rule of Appellate Procedure 42(b). (las, ) (Entered: 11/07/2017) |
|---|---|---|
| 11/07/2017 | 89 | ORDER of USCA (certified copy) dated 11/7/17 as to Andrew Johnston regarding notice of appeal 75 , notice of appeal 69 : USCA Nos. 17−3169 and 17−3133. IT IS ORDERED that these appeals are DISMISSED, pursuant to Federal Rule of Appellate Procedure 42(b). (gcy, ) (Entered: 11/08/2017) |
| 11/07/2017 | 90 | MANDATE of USCA dated 11/7/17 as to Andrew Johnston ; No record to be returned. (gcy, ) (Entered: 11/08/2017) |
| 11/14/2017 | 91 | MOTION by Andrew Johnston to quash *arrest and suppress evidence (pro se)* (McQuaid, Matthew) (Entered: 11/14/2017) |
| 11/14/2017 | 92 | MOTION by Andrew Johnston for bill of particulars *and objection (pro se)* (McQuaid, Matthew) (Entered: 11/14/2017) |
| 11/14/2017 | 93 | MOTION by Andrew Johnston for release from custody *(pro se)* (McQuaid, Matthew) (Entered: 11/14/2017) |
| 11/14/2017 | 94 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Andrew Johnston: By agreement, status hearing set for 11/15/201 is stricken and re−set to 11/20/2017 at 9:30 AM. Mailed notice. (etv, ) (Entered: 11/14/2017) |
| 11/20/2017 | 95 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Andrew Johnston : Status hearing held on 11/20/2017. Motion for bill of particulars and objection 92 , motion to dismiss 84 are denied. Motion for release from custody 93 is denied without prejudice. Motion to quash arrest 91 is entered and continued for briefing. Response to be filed by or on 12/20/2017; reply to be filed 1/3/2018; status hearing and ruling set for 1/12/2018 at 10:30 AM. Motion for reduction of CJA attorney to stand by counsel 11 is withdrawn. Motion for subpoena of material evidence 83 is granted in that the government has produced all materials responsive to this request that are in its possession. The government will disclose the communications to the officer who stopped Defendant's vehicle. Motion to consolidate appeals 44 is withdrawn. Excludable time to continue pursuant to 18:3161(h)(1)(D). Mailed notice. (etv, ) (Entered: 11/21/2017) |
| 11/27/2017 | 96 | ORDER of USCA as to Andrew Johnston (1) regarding notice of appeal 49 . IT IS ORDERED that this appeal is DISMISSED.This appeal − to the extent plaintiff appeals the district courts pretrial detentionorder − duplicates an earlier appeal filed on August 25, 2017, and docketed in this courtas Appeal No. 17−2754. Only one appeal is necessary. Harris v. Bellin Memorial Hospital,13 F.3d 1082, 1083 (7th Cir. 1994). Further, the court has already reviewed the pretrial detention order, and the order was affirmed on September 20, 2017. (smm) (Entered: 11/30/2017) |
| 12/19/2017 | 97 | ORDER of USCA (certified copy) dated 11/27/17 as to Andrew Johnston regarding notice of appeal 49 . On consideration of the papers filed in this appeal and review of the record, IT IS ORDERED that this appeal is DISMISSED. (smm) (Entered: 12/19/2017) |
| 12/19/2017 | 98 | MANDATE of USCA dated 12/19/17 as to Andrew Johnston ; No record to be returned. (USCA 17−2790). (smm) (Entered: 12/19/2017) |
| 12/20/2017 | 99 | RESPONSE by USA as to Andrew Johnston regarding MOTION by Andrew Johnston to quash *arrest and suppress evidence (pro se)* 91 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Bond, Aaron) (Entered: 12/20/2017) |
| 01/03/2018 | 100 | REPLY by Andrew Johnston to response to motion 99 (McQuaid, Matthew) (Entered: 01/03/2018) |
| 01/05/2018 | 101 | MOTION by Andrew Johnston to dismiss (McQuaid, Matthew) (Entered: 01/05/2018) |
| 01/12/2018 | 102 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Andrew Johnston: Status hearing and motion hearing held on 1/12/2018. As the 911 caller's identification of Defendant's license plate is sufficient to establish probable cause, motion to quash arrest and suppress evidence 91 is denied. Defendant's motion to compel discovery or otherwise dismiss the indictment 101 is denied, as the government has produced or will produce all available discovery. Status hearing set for 1/26/2018 at 10:00 AM. In the interest of justice, and for continued discovery, order excludable time to start |

| | | pursuant to 18:3161(h)(7)(A)(B). Mailed notice. (etv, ) (Entered: 01/12/2018) |
|---|---|---|
| 01/23/2018 | 103 | NOTICE OF APPEAL by Andrew Johnston regarding order on motion to quash, order on motion to dismiss,, motion hearing, set/reset hearings, speedy trial − excludable start, 102 (Envelope postmarked 1/19/2018; Institution mail room 1/19/2018) (ek, ) (Entered: 01/23/2018) |
| 01/23/2018 | 104 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal, 103 (ek, ) (Entered: 01/23/2018) |
| 01/23/2018 | 105 | Transmission of short record as to Andrew Johnston to US Court of Appeals re notice of appeal, 103 (ek, ) (Entered: 01/23/2018) |
| 01/23/2018 | 106 | NOTICE of docketing record on appeal from USCA as to Andrew Johnston re notice of appeal 103 . USCA Case Number 18−1174. (smm) (Entered: 01/25/2018) |
| 01/23/2018 | 107 | CIRCUIT rule 3(b) fee notice. (smm) (Entered: 01/25/2018) |
| 01/26/2018 | 108 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Andrew Johnston: Status hearing held on 1/26/2018. Mailed notice. (etv, ) (Entered: 01/26/2018) |
| 01/26/2018 | 109 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Andrew Johnston: Status hearing held on 1/26/2018. As Mr. Johnston has filed an appeal, this court lacks jurisdiction over his case pending remand. Mailed notice. (etv, ) (Entered: 01/26/2018) |
| 02/02/2018 | 110 | DEMAND to Strike Detention Order and Release natural person from custody by Andrew Johnston. (jh, ) (Entered: 02/06/2018) |
| 02/06/2018 | 115 | MOTION by Andrew Johnston to dismiss Indictment pursuant to Fed.R.Civ.P. 60(b)(6). (Exhibits) (Envelope Postmarked 2/2/2018) (jh, ) (Entered: 02/15/2018) |
| 02/07/2018 | 111 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Andrew Johnston: Status hearing set for 2/14/2018 at 09:30 AM. Mailed notice. (etv, ) (Entered: 02/07/2018) |
| 02/07/2018 | 112 | ORDER of USCA (Certified Copy) dated 2/7/2018 as to Andrew Johnston regarding notice of appeal, 103 ; IT IS ORDERED that the appeal is DISMISSED for lack of jurisdiction. The appellant must wait to appeal until the district court has issued a final judgment. We construe the appellants petition for writ of mandamus as a response to this courts order to show cause why the appeal should not be dismissed for lack of jurisdiction. But even if we were to consider it as a petition for writ of mandamus, we would deny it. The appellant does not show such a clear right to the relief sought that the drastic remedy of mandamus is appropriate here. And this court already has affirmed the district court's denial of release pending trial. The appellant is warned that further attempts to evade the finaljudgment rule may result in monetary sanctions. (jh, ) (Entered: 02/08/2018) |
| 02/08/2018 | 113 | ORDER of USCA (certified copy) dated 2/7/2018 as to Andrew Johnston regarding notice of appeal, 103 ; IT IS ORDERED that the appeal is DISMISSED for lack of jurisdiction. The appellant must wait to appeal until the district court has issued a final judgment. We construe the appellants petition for writ of mandamus as a response to this court's order to show cause why the appeal should not be dismissed for lack of jurisdiction. But even if we were to consider it as a petition for writ of mandamus, we would deny it. The appellant does not show such a clear right to the relief sought that the drastic remedy of mandamus is appropriate here. And this court already has affirmed the district court's denial of release pending trial. The appellant is warned that further attempts to evade the finaljudgment rule may result in monetary sanctions. (jh, ) (Entered: 02/08/2018) |
| 02/14/2018 | 114 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Andrew Johnston: Status hearing held on 2/14/2018. Status hearing set for 2/22/2018 at 09:30 AM. Mailed notice. (etv, ) (Entered: 02/14/2018) |
| 02/22/2018 | 116 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Andrew Johnston: Status hearing held on 2/22/2018. Status hearing set for 5/8/2018 at 9:00 AM. Jury Trial set for 5/29/2018 at 9:30 AM. Government's disclosures to be made by 4/30/2018. In the interest of justice, and for plea negotiations, order excludable time to start pursuant to 18:3161(h)(7)(A)(B). Mailed notice. (etv, ) (Entered: 02/22/2018) |

| 03/01/2018 | 117 | MANDATE of USCA dated 3/1/2018 as to Andrew Johnston ; No record to be returned. (jh, ) (Entered: 03/01/2018) |
|---|---|---|
| 03/01/2018 | 118 | ORDER of USCA (certified copy) dated 3/1/2018 as to Andrew Johnston regarding notice of appeal, 103 ; Submitted 2/6/2018, Decided 2/7/2018. (jh, ) (Entered: 03/01/2018) |
| 03/01/2018 | 119 | AMENDED MOTION by Andrew Johnston to quash arrest and suppress. (Envelope Postmark Illegible) (jh, ) (Entered: 03/01/2018) |
| 03/02/2018 | 120 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: to Andrew Johnston: The government is directed to respond to Defendant's amended motion to quash 119 within 14 days. Mailed notice. (etv, ) (Entered: 03/02/2018) |
| 03/04/2018 | 121 | MOTION by Andrew Johnston in limine *to Bar Testimony (Pro Se)* (McQuaid, Matthew) (Entered: 03/04/2018) |
| 03/05/2018 | 122 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Andrew Johnston : Defendant Andrew Johnston's pro se motion to bar testimony 121 is granted in part and denied in part. At trial in this case, the court will adhere to the Rules of Evidence and will not admit hearsay testimony. To the extent Mr. Johnson believes his evidentiary objection constitutes an additional basis for dismissal of the indictment, the court simply notes that the rules of evidence (other than those regarding privilege) do not apply during grand jury proceedings. See Fed. R. Evid. 1101(d)(2); McKethan v. United States, 439 U.S. 936, 938 (1978) (In grand jury proceedings, the ordinary rules of evidence do not apply"); United States v. Calandra, 414 U.S. 339, 343 (1974) (technical procedural and evidentiary rules governing criminal trials generally do not restrain grand jury proceedings); Costello v. United States, 350 U.S. 359 (1956) (a conviction can be sustained even if indictment is based exclusively on hearsay). Mailed notice. (etv, ) (Entered: 03/05/2018) |
| 03/05/2018 | 123 | MOTION by Andrew Johnston to suppress identification (Envelope postmarked 2/27/2018) (ew, ) (Entered: 03/06/2018) |
| 03/05/2018 | 124 | MOTION by Andrew Johnston to dismiss indictment for lack of subject–matter jurisdiction or any other reason justifying relief (Envelope postmarked 2/28/2018) (ew, ) (Entered: 03/06/2018) |
| 03/07/2018 | 125 | MOTION by Andrew Johnston to supplement MOTION by Andrew Johnston in limine *to Bar Testimony (Pro Se)* 121 *Additional Authority* (McQuaid, Matthew) (Entered: 03/07/2018) |
| 03/13/2018 | 126 | ATTORNEY Designation for USA of Tiffany Ardam (Ardam, Tiffany) (Entered: 03/13/2018) |
| 03/14/2018 | 127 | MOTION by Andrew Johnston for discovery *Order for Phone Records (pro se)* (McQuaid, Matthew) (Entered: 03/14/2018) |
| 03/16/2018 | 128 | RESPONSE by USA as to Andrew Johnston regarding MOTION by Andrew Johnston to quash 119 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Bond, Aaron) (Entered: 03/16/2018) |
| 03/20/2018 | 130 | E−MAIL CORRESPONDENCE from Andrew Johnston dated 3/19/2018. (yap, ) (Entered: 03/21/2018) |
| 03/21/2018 | 129 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Andrew Johnston : Defendant is cautioned that his communications with the court should be in the form of motions or pleadings, and with service on opposing counsel. Mailed notice. (etv, ) (Entered: 03/21/2018) |
| 03/21/2018 | 131 | E−MAIL CORRESPONDENCE from Andrew Johnston dated 3/20/2018. (yap, ) (Entered: 03/21/2018) |
| 03/29/2018 | 132 | NOTICE of Supplemental Authority to Motion to Dismiss for lack of subject by Andrew Johnston. (Envelope not Postmarked) (jh, ) (Entered: 03/30/2018) |
| 04/08/2018 | 133 | MOTION by Andrew Johnston for disclosure *of 404(b) material* (McQuaid, Matthew) (Entered: 04/08/2018) |

| 04/08/2018 | 134 | MOTION by Andrew Johnston for disclosure *of Exculpatory Evidence* (McQuaid, Matthew) (Entered: 04/08/2018) |
|---|---|---|
| 04/08/2018 | 135 | MOTION by Andrew Johnston Early Return of Subpoenas (McQuaid, Matthew) (Entered: 04/08/2018) |
| 04/19/2018 | 136 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Andrew Johnston: Status hearing set for 4/27/2018 at 10:30 AM. Mailed notice. (etv, ) (Entered: 04/19/2018) |
| 04/21/2018 | 137 | MOTION by Andrew Johnston to continue *status hearing and/or release* (McQuaid, Matthew) (Entered: 04/21/2018) |
| 04/22/2018 | 138 | MOTION by Andrew Johnston to supplement MOTION by Andrew Johnston to quash 119 (McQuaid, Matthew) (Entered: 04/22/2018) |
| 04/22/2018 | 139 | MOTION by Andrew Johnston in limine *to exclude certain evidence* (McQuaid, Matthew) (Entered: 04/22/2018) |
| 04/23/2018 | 140 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Andrew Johnston: By agreement, status hearing set for 4/27/2018 is stricken and re−set to 5/2/2018 at 10:30 AM. Mailed notice. (etv, ) (Entered: 04/23/2018) |
| 04/23/2018 | 141 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Andrew Johnston : Motion to adjust court date for status hearing 137 is granted. Mailed notice. (etv, ) (Entered: 04/23/2018) |
| 04/28/2018 | 142 | MOTION by Andrew Johnston for disclosure *of evidence* (McQuaid, Matthew) (Entered: 04/28/2018) |
| 04/30/2018 | 143 | PETITION by Andrew Johnston for writ of Right and/or Declaratory Judgment (Envelope not postmarked). (yap, ) (Entered: 05/02/2018) |
| 05/02/2018 | 144 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Andrew Johnston: Status hearing held on 5/2/2018. Government's disclosures consisting of exculpatory evidence and 404(b) materials to be made within seven (7) days. Jury Trial set for 5/29/2018 to stand. Status hearing set for 5/16/2018 at 9:30 AM. In the interest of justice, order excludable time to start pursuant to 18:3161(h)(7)(A)(B). Mailed notice. (etv, ) (Entered: 05/02/2018) |
| 05/06/2018 | 145 | ANSWER to Indictment by Andrew Johnston for disclosure *and answer to indictment* (McQuaid, Matthew) (Docket text modified by Clerk's Office) Modified on 5/7/2018 (bg, ). (Entered: 05/06/2018) |
| 05/07/2018 | 146 | MOTION by USAMotion for Status Revised as to Andrew Johnston (Bond, Aaron) (Entered: 05/07/2018) |
| 05/07/2018 | 147 | NOTICE of Motion by Aaron Richard Bond for presentment of motion for miscellaneous relief 146 before Honorable Rebecca R. Pallmeyer on 5/9/2018 at 08:45 AM. (Bond, Aaron) (Entered: 05/07/2018) |
| 05/09/2018 | 148 | MOTION by Andrew Johnston in limine (McQuaid, Matthew) (Entered: 05/09/2018) |
| 05/09/2018 | 149 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Andrew Johnston: Motion hearing held on 5/9/2018. Government's motion for status 146 is granted. The court intends to rule promptly on all pending motions. Mailed notice. (etv, ) (Entered: 05/10/2018) |
| 05/10/2018 | 150 | MOTION by Andrew Johnston to supplement MOTION by Andrew Johnston in limine 148 *prepared by Andrew Johnston* (McQuaid, Matthew) (Entered: 05/10/2018) |
| 05/12/2018 | 151 | MOTION by Andrew Johnston to supplement MOTION by Andrew Johnston in limine 148 *drafted by Andrew Johnston* (McQuaid, Matthew) (Entered: 05/12/2018) |
| 05/15/2018 | 152 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Andrew Johnston: On the court's own motion, status hearing set for 5/16/2018 is stricken and re−set to 5/17/2018 at 10:30 AM. Mailed notice. (etv, ) (Entered: 05/15/2018) |
| 05/17/2018 | 153 | ORDER as to Andrew Johnston : Andrew Johnston was charged by indictment with the July 25, 2017 robbery of the Byline Bank in Harwood Heights, Illinois. The case is |

| | | |
|---|---|---|
| | | set for trial on May 29, 2018. Johnston, who has chosen to represent himself, has filed a number of motions. In addition, Johnston's standby counsel has filed certain motions. The government has responded. (Government's Motion for Status 146 ; Government's Response to Defendant's Amended Motion to Quash and Suppress 128 .) As explained, Johnston's disclosure motions [127, 133, 134, 135] are granted. The Petition for Discovery 142 is denied as moot. His motions to exclude certain evidence prior to trial [139, 148, 150, 151] are denied. His motions to quash arrest and bar testimony [119, 125] are denied, as is his motion to dismiss the indictment 115 . His supplemental motion to quash 138 is stricken without prejudice to renewal and hearing prior to admission of any of his statements at trial. (For further detail see Order.) Signed by the Honorable Rebecca R. Pallmeyer on May 17, 2018. Mailed notice. (etv, ) (Entered: 05/17/2018) |
| 05/17/2018 | 154 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Andrew Johnston: Status hearing held on 5/17/2018. Proposed jury instructions, list of witnesses, voir dire questions, statement of the case, motions in limine to be filed by close of business 5/23/2018. Mailed notice. (etv, ) (Entered: 05/18/2018) |
| 05/18/2018 | 155 | GOVERNMENT'S PROPOSED STATEMENT OF THE CASE by USA as to Andrew Johnston (Bond, Aaron) (Entered: 05/18/2018) |
| 05/18/2018 | 156 | MOTION by USA in limine as to Andrew Johnston *GOVERNMENTS CONSOLIDATED MOTIONS IN LIMINE* (Bond, Aaron) (Entered: 05/18/2018) |
| 05/19/2018 | 157 | MOTION by Andrew Johnston to continue *trial date* (McQuaid, Matthew) (Entered: 05/19/2018) |
| 05/19/2018 | 158 | NOTICE of Motion by Matthew John McQuaid for presentment of motion to continue 157 before Honorable Rebecca R. Pallmeyer on 5/23/2018 at 08:45 AM. (McQuaid, Matthew) (Entered: 05/19/2018) |
| 05/20/2018 | 159 | MOTION by Andrew Johnston for reconsideration re order on motion to dismiss,,,,, order on motion to quash,,,,, order on motion to suppress,,,,, order on motion to supplement,,,,, order on motion for discovery,,,,, order on motion for disclosure,,,,,,,,,, order on motion for miscellaneous relief,,,,,,,,,, order on motion in limine,,,,,,,,,,,,,,,,,,,,,,,,,,,,, 153 *prepared by Andrew Johnston* (Attachments: # 1 Exhibit E−mail, # 2 Exhibit Evidence receipt)(McQuaid, Matthew) (Entered: 05/20/2018) |
| 05/23/2018 | 160 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Andrew Johnston: Motion hearing held on 5/23/2018. Defendant's motion to continue trial date of May 29, 2018 157 is granted. Jury Trial set for 5/29/2018 is stricken and re−set to 7/30/2018 at 9:30 AM. Government's response to Defendant's motion 159 to be filed within seven (7) days. In the interest of justice, and for trial preparation, order excludable time to start on 5/3/2018 and end on 7/30/2018, pursuant to 18:3161(h)(7)(A)(B). Mailed notice. (etv, ) (Entered: 05/24/2018) |
| 05/29/2018 | 163 | MOTION by Andrew Johnston for recusal of Judicial assignment and subpoena of Aaron R. Bond (AUSA) (Exhibits) (Envelope postmark 5/23/2018) (bg, ) (Entered: 05/30/2018) |
| 05/29/2018 | 164 | MOTION by Andrew Johnston for recusal of judicial assignment and subpoena of Aaron R. Bond (AUSA) (Attachments)( Envelope postmarked 5/23/2018). (yap, ) (Entered: 05/30/2018) |
| 05/30/2018 | 161 | RESPONSE by USA as to Andrew Johnston regarding MOTION by Andrew Johnston for reconsideration re order on motion to dismiss,,,,, order on motion to quash,,,,, order on motion to suppress,,,,, order on motion to supplement,,,,, order on motion for discovery,,,,, order on motion for disclosure,,,,, 159 (Bond, Aaron) (Entered: 05/30/2018) |
| 05/30/2018 | 162 | PETITION filed by Andrew Johnston *for Writ of Prohibition by Andrew Johnston (pro se)* (McQuaid, Matthew) (Entered: 05/30/2018) |
| 05/31/2018 | 165 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Andrew Johnston : The court construes Mr. Johnston's petition as an objection to the court's jurisdiction. That objection is overruled. Mailed notice. (etv, ) (Entered: 05/31/2018) |

| 05/31/2018 | 166 | ORDER as to Andrew Johnston : The motion for recusal [163, 164] is denied. (For further detail see Order.) Signed by the Honorable Rebecca R. Pallmeyer on May 31, 2018. Mailed notice. (etv, ) (Entered: 05/31/2018) |
|---|---|---|
| 06/01/2018 | 167 | RESPONSE by Andrew Johnston regarding MOTION by USA in limine as to Andrew Johnston *GOVERNMENTS CONSOLIDATED MOTIONS IN LIMINE* 156 *pro se* (McQuaid, Matthew) (Entered: 06/01/2018) |
| 06/04/2018 | 168 | NOTICE of as toAndrew Johnston regarding MOTION by Andrew Johnston to continue *status hearing and/or release* 137 *Supplement to Motion for Release* (McQuaid, Matthew) (Entered: 06/04/2018) |
| 06/04/2018 | 169 | PETITION for Writ of Prohibition by Andrew Johnston (Exhibits) (bg, ) (Entered: 06/04/2018) |
| 06/07/2018 | 170 | REPLY by Andrew Johnston to response to motion, 161 *to reconsider* (McQuaid, Matthew) (Entered: 06/07/2018) |
| 06/07/2018 | 171 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Andrew Johnston: Final Pretrial Conference and ruling on the motions in limine set for 7/9/2018 at 10:00 AM. Mailed notice, (etv, ) (Entered: 06/07/2018) |
| 06/12/2018 | 172 | NOTICE of docketing record on appeal from USCA as to Andrew Johnston; USCA Case Number 18−2293. (bg, ) (Entered: 06/12/2018) |
| 06/12/2018 | 173 | CIRCUIT rule 3(b) fee notice (bg, ) (Entered: 06/12/2018) |
| 06/15/2018 | 174 | ORDER of USCA dated 6/15/2018 as to Andrew Johnston regarding notice of appeal No. 18−2293: The following is before the court: PETITION FOR WRIT OF MANDAMUS, filed on June 11, 2018, by pro se petitioner. The petition for writ of mandamus is DENIED, Johnston may challenge the denial of his motion for recusal in an appeal from a final decision of the district court. See Fowler v. Butts, 829 F.3d 788, 791 (7th Cir. 2016). (bg, ) (Entered: 06/15/2018) |
| 06/15/2018 | 175 | ORDER of USCA (certified copy) dated 6/15/2018 as to Andrew Johnston regarding notice of appeal No. 18−2293: The following is before the court: PETITION FOR WRIT OF MANDAMUS, filed on June 11, 2018, by pro se petitioner. The petition for writ of mandamus is DENIED, Johnston may challenge the denial of his motion for recusal in an appeal from a final decision of the district court. See Fowler v. Butts, 829 F.3d 788, 791 (7th Cir. 2016). (bg, ) (Entered: 06/15/2018) |
| 06/22/2018 | 176 | MOTION by Andrew Johnstonto compel *discovery by Andrew Johnston pro se* (McQuaid, Matthew) (Entered: 06/22/2018) |
| 07/03/2018 | 177 | PROPOSED Jury Instructions by USA as to Andrew Johnston (Bond, Aaron) (Entered: 07/03/2018) |
| 07/03/2018 | 178 | PROPOSED Voir Dire by USA as to Andrew Johnston (Bond, Aaron) (Entered: 07/03/2018) |
| 07/03/2018 | 179 | WITNESS List by USA as to Andrew Johnston (Bond, Aaron) (Entered: 07/03/2018) |
| 07/07/2018 | 180 | PROPOSED Jury Instructions by Andrew Johnston (McQuaid, Matthew) (Entered: 07/07/2018) |
| 07/07/2018 | 181 | NOTICE of Subpoena Obstruction as toAndrew Johnston *filed pro se* (McQuaid, Matthew) (Entered: 07/07/2018) |
| 07/09/2018 | 182 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Andrew Johnston: Final Pretrial Conference held on 7/9/2018. Defendant was again cautioned about the risks of self−representation. Jury Instructions Conference set for 7/20/2018 at 11:00 AM. In the interest of justice, order excludable time to continue pursuant to 18:3161(h)(7)(A)(B). The government's motions in limine are granted in part and denied in part. With the assistance of court staff, Defendant and his stand−by attorney were able to locate the house where Defendant purchased a used dresser for his wife on the day of the alleged robbery attempt. Mailed notice. (etv, ) (Entered: 07/10/2018) |
| 07/11/2018 | 183 | MOTION by Andrew Johnston to continue *trial date* (McQuaid, Matthew) (Entered: 07/11/2018) |

| | | |
|---|---|---|
| 07/11/2018 | 184 | NOTICE of Motion by Matthew John McQuaid for presentment of motion to continue 183 before Honorable Rebecca R. Pallmeyer on 7/17/2018 at 08:45 AM. (McQuaid, Matthew) (Entered: 07/11/2018) |
| 07/12/2018 | 185 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Andrew Johnston : By agreement, Defendant's motion to continue trial date of July 30, 2018 and reschedule Jury Instruction Conference 183 will be heard on 7/16/2018 at 9:00 AM. Appearance on 7/17/2018 is stricken. Mailed notice. (etv, ) (Entered: 07/12/2018) |
| 07/12/2018 | 186 | MEMORANDUM by Andrew Johnston in support of proposed jury instructions 180 *pro se* (McQuaid, Matthew) (Entered: 07/12/2018) |
| 07/16/2018 | 187 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Andrew Johnston: Motion hearing held on 7/16/2018. Defendant's motion to continue trial date of July 30, 2018 and reschedule jury instruction conference 183 is entered and continued. Status hearing is set for 7/19/2018 at 9:30 AM. Mailed notice. (etv, ) (Entered: 07/16/2018) |
| 07/19/2018 | 188 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Andrew Johnston: Status hearing held on 7/19/2018. Defendant's motion to continue trial date of July 30, 2018 and reschedule jury instruction conference 183 is granted. Jury Trial set for 7/30/2018 is stricken and re−set to 8/28/2018 at 9:30 AM. Jury Instruction conference set for 7/20/2018 is stricken and re−set to 8/2/2018 at 11:30 AM. In the interest of justice, order excludable time to start pursuant to 18:3161(h)(7)(A)(B). Mailed notice. (etv, ) (Entered: 07/19/2018) |
| 07/22/2018 | 189 | MOTION by Andrew Johnston to dismiss *indictment* (McQuaid, Matthew) (Entered: 07/22/2018) |
| 07/22/2018 | 190 | MEMORANDUM by Andrew Johnston in support of notice 181 *of subpoena* (McQuaid, Matthew) (Entered: 07/22/2018) |
| 07/22/2018 | 191 | NOTICE of Motion by Matthew John McQuaid for presentment of motion to dismiss 189 before Honorable Rebecca R. Pallmeyer on 8/2/2018 at 11:30 AM. (McQuaid, Matthew) (Entered: 07/22/2018) |
| 07/29/2018 | 192 | NOTICE of Second Notice of Subpoena Obstruction as toAndrew Johnston regarding notice 181 *filed pro se* (McQuaid, Matthew) (Entered: 07/29/2018) |
| 07/30/2018 | 193 | MOTION by USA to continue as to Andrew Johnston *MOTION TO CONTINUE THE TRIAL DATE* (Bond, Aaron) (Entered: 07/30/2018) |
| 07/30/2018 | 194 | NOTICE of Motion by Aaron Richard Bond for presentment of motion to continue 193 before Honorable Rebecca R. Pallmeyer on 8/2/2018 at 11:30 AM. (Bond, Aaron) (Entered: 07/30/2018) |
| 08/02/2018 | 195 | MINUTE entry before the Honorable Rebecca R. Pallmeyer: as to Andrew Johnston: Defendant's motion for dismission of indictment 189 is denied. Government's motion to continue the trial date 193 is granted. Jury Trial set for 8/28/2018 is stricken and re−set to 9/24/2018 at 9:30 AM. Jury Instructions Conference convened. In the interest of justice, and for trial preparation, order excludable time to start pursuant to 18:3161(h)(7)(A)(B). Mailed notice. (etv, ) (Entered: 08/02/2018) |
| 08/05/2018 | 196 | MOTION by Andrew Johnston for reconsideration re order on motion to dismiss,, order on motion to continue,, terminate hearings,, in court hearing,, set/reset hearings,, speedy trial − excludable start, 195 (McQuaid, Matthew) (Entered: 08/05/2018) |
| 08/05/2018 | 197 | MOTION by Andrew Johnston for hearing *evidentiary (filed Pro se)* (McQuaid, Matthew) (Entered: 08/05/2018) |
| 08/05/2018 | 198 | MOTION by Andrew Johnston for Sanctions *(filed Pro se)* (McQuaid, Matthew) (Entered: 08/05/2018) |
| 08/05/2018 | 199 | MOTION by Andrew Johnston to produce *subpoened material (filed Pro Se)* (McQuaid, Matthew) (Entered: 08/05/2018) |
| 08/06/2018 | 200 | NOTICE of Motion by Matthew John McQuaid for presentment of motion for reconsideration 196 , motion to produce 199 , motion for miscellaneous relief 198 , motion for hearing 197 before Honorable Rebecca R. Pallmeyer on 8/9/2018 at 08:45 |

| | | |
|---|---|---|
| | | AM. (McQuaid, Matthew) (Entered: 08/06/2018) |
| 08/07/2018 | 201 | ORDER as to Andrew Johnston : Defendant Johnston's motions [196, 197, 198, 199] are denied for the reasons stated here, but the government is directed to furnish him promptly with a copy 128 of its response to his amended motion to quash. The August 9, 2018 date set for hearing on these motions is stricken. (For further detail see Order.) Signed by the Honorable Rebecca R. Pallmeyer on August 7, 2018. Mailed notice. (etv, ) (Entered: 08/07/2018) |
| 08/11/2018 | 202 | OBJECTION by Andrew Johnston to order on motion for reconsideration,, order on motion for hearing,, order on motion for miscellaneous relief,, order on motion to produce,,,, terminate hearings,,, 201 (McQuaid, Matthew) (Entered: 08/11/2018) |
| 08/15/2018 | 203 | NOTICE OF APPEAL by Andrew Johnston regarding order on motion for reconsideration,, order on motion for hearing,, order on motion for miscellaneous relief,, order on motion to produce,,,, terminate hearings,,, 201 . (Envelope not postmarked) (kp, ) (Entered: 08/17/2018) |
| 08/17/2018 | 204 | NOTICE of Appeal Due letter sent to counsel of record regarding notice of appeal, 203 . (kp, ) (Entered: 08/17/2018) |
| 08/17/2018 | 205 | Transmission of short record as to Andrew Johnston to US Court of Appeals re notice of appeal, 203 . Notified counsel (kp, ) (Entered: 08/17/2018) |
| 08/19/2018 | 206 | MOTION by Andrew Johnston to strike (McQuaid, Matthew) (Entered: 08/19/2018) |